**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6025**

———————

JEROD J. COOK,

        Plaintiff - Appellant,

    v.

ASSOCIATE WARDEN CANNON,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Richard Mark Gergel, District Judge.  (5:23-cv-05494-RMG)

———————

Submitted:  June 13, 2024                    Decided:  June 18, 2024

———————

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerod J. Cook, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerod J. Cook appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to prosecute and failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cook v. Cannon*, No. 5:23-cv-05494-RMG-KDW (D.S.C. Dec. 15, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
